# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 2007-28 |
| v. ) | |
| ) | |
| ALBERTO LAWRENCE ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

FINCH, J.

THIS MATTER comes before the Court on the Motion in Limine to exclude any evidence regarding Defendant's drug addiction filed by the Government. A hearing was held on July 21, 2008. After careful consideration, it is hereby

**ORDERED** that the Motion in Limine to exclude any evidence regarding Defendant's drug addiction is **DENIED**.

ENTERED this 21st day of July, 2008.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　**HONORABLE RAYMOND L. FINCH**
　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**