# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 2007-28 |
| v. ) | |
| ) | |
| ALBERTO LAWRENCE ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

FINCH, J.

THIS MATTER comes before the Court on the Motion in Limine to allow DEA Task Force Officer Luis Ortiz to sit at Government Counsel table during jury selection filed by the Government. A hearing was held on July 21, 2008. After careful consideration, it is hereby

**ORDERED** that the Motion in Limine to allow DEA Task Force Officer Luis Ortiz to sit at Government Counsel table during jury selection is **GRANTED**.

**ENTERED this 21st day of July, 2008.**

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　**HONORABLE RAYMOND L. FINCH**
　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**

1